# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137273

SHEABRA L. SIMPSON, Ph.D.,
      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS, JAN EPP,
and HAMPTON E. WALKER, JR.,
      Defendants-Appellees.

SC: 137273
COA: 275554
Wayne CC: 04-438895-CD

_____/

On order of the Court, the application for leave to appeal the May 27, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2009
_____
                            Clerk

p0318